FILED

2026 Mar-31  PM 05:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

RIHANNA POINTER, GRANT
STURDIVANT, TIMONI TAITE,
JALEEL MATANMI, JERMAINE
BALL, SARA BETH CADDELL,
GABRIELLE GUNTER, and EMMY
WAUGH,

     *Plaintiffs*,

vs.

SCOTT PHELPS, in his official capacity
as President Pro Tempore University of
Alabama Board of Trustees, MIKE
BROCK, KAREN BROOKS, MYLA E.
CALHOUN, ANGUS R. COOPER III,
RONALD GRAY, JEFF GRONBERG,
O.B. GRAYSON HALL, JR.,
BARABARA HUMPHREY, W. DAVIS
MALONE III, EVELYN VANSANT
MAULDINO, HARRIS MORRISSETTE,
J. STEVEN ROY, KENNETH SIMON,
KENNETH VANDERVOORT and KAY
IVEY, in their official capacities as
members of the University of Alabama
Board of Trustees,

     *Defendants*.

Case No.: 7:26-cv-00476-EGL

*Oral Argument Requested*

## **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Rihanna Pointer, Grant Sturdivant, Timoni Taite, Jaleel Matanmi,

Jermaine Ball, Sara Beth Caddell, Gabrielle Gunter, and Emmy Waugh (collectively,

1

"Plaintiffs"), by their undersigned counsel, respectfully move the Court, pursuant to Federal Rule of Civil Procedure 65(a), for a preliminary injunction restraining the following members of the Board of Trustees for The University of Alabama System ("UA" or "University"), in their official capacities: Scott Phelps, Mike Brock, Karen Brooks, Myla E. Calhoun, Angus R. Cooper III, Ronald Gray, Jeff Gronberg, O.B. Grayson Hall, Jr., Barbara Humphrey, W. Davis Malone III, Evelyn Vansant Mauldin, Harris Morrissette, Kenneth Simon, Kenneth Vandervoort, and Kay Ivey (collectively, "Defendants") from suspending student-operated publications *Alice* and *Nineteen Fifty-Six* as UA student media enterprises and terminating their University funding and declaring Defendants' suspension of *Alice* and *Nineteen Fifty-Six* as UA student media enterprises and termination of the magazines' University funding to be unconstitutional, in violation of the First Amendment to the United States Constitution.

As more fully set forth in Plaintiffs' Brief in Support, Plaintiffs are likely to succeed on the merits of their claim and will continue to suffer irreparable harm from the suspension of *Alice* and *Nineteen Fifty-Six*. The balance of equities tilts strongly in Plaintiffs' favor, and an injunction protecting their constitutional rights is in accord with the public interest.

Wherefore a preliminary injunction should issue.

2

March 31, 2026

vatara A. Smith-Carrington[*]
    acarrington@naacpldf.org
Antonio L. Ingram II[*]
    aingram@naacpldf.org
Emahunn Campbell[*]
    ecampbell@naacpldf.org
Mide Odunsi[*]
    modunsi@naacpldf.org
Attorneys for Plaintiffs
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300

Alison Mollman
Attorney for Plaintiffs
ACLU OF ALABAMA
PO Box 6179
Montgomery, AL 36106
(510) 909-8908
amollman@aclualabama.org

Ashley Gammell[*]
Ai-Li Chiong-Martinson[*]
Attorneys for Plaintiffs
ARNOLD & PORTER KAY SCHOLER
1420 5th Avenue, Suite 1400
Seattle, WA 98101
(206) 288-0110
ashley.gammell@arnoldporter.com
ai-li.chiong-martinson@arnoldporter.com

/s/ Diego A. Soto
A Michael J. Tafelski[†]
    michael.tafelski@splcenter.org
Sam Boyd[*]
    sam.boyd@splcenter.org
Brock Boone
    brock.boone@splcenter.org
Diego A. Soto
    AL Bar No. 3626Y61S
    diego.soto@splcenter.org
Arielle Hudson[*]
    arielle.hudson@splcenter.org
Attorneys for Plaintiffs
SOUTHERN POVERTY
    LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
(334) 956-8200

Daniel A. Cantor[*]
Attorney for Plaintiffs
ARNOLD & PORTER KAY SCHOLER
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
daniel.cantor@arnoldporter.com

Allyson Myers[*]
Attorney for Plaintiffs
ARNOLD & PORTER KAY SCHOLER
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
ally.myers@arnoldporter.com

[*] Admitted *pro hac vice*
[†] Admitted in Alabama; application for
    admission to the Northern District of
    Alabama forthcoming

3