FILED

2026 Apr-27  PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

RIHANNA POINTER, GRANT
STURDIVANT, TIMONI TAITE,
JALEEL MATANMI, JERMAINE
BALL, SARA BETH CADDELL,
GABRIELLE GUNTER, and EMMY
WAUGH,

      Plaintiffs,

vs.

SCOTT PHELPS in his official capacity
as President Pro Tempore University of
The Board of Trustees of The University
of Alabama, MIKE BROCK, KAREN
BROOKS, MYLA E. CALHOUN,
ANGUS R. COOPER III, RONALD
GRAY, JEFF GRONBERG,
O.B. GRAYSON HALL, JR.,
BARBARA HUMPHREY, W. DAVIS
MALONE III, EVELYN VANSANT
MAULDIN, HARRIS MORRISSETTE,
J. STEVEN ROY, KENNETH SIMON,
KENNETH VANDERVOORT, and KAY
IVEY in their official capacities as
members of The Board of Trustees of
The University of Alabama

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 7:26-cv-00476-EGL

## **AFFIDAVIT OF JESSIE JONES**

STATE OF ALABAMA       )
                                   )

COUNTY OF TUSCALOOSA   )

Before me, the undersigned authority, in and for said county and state, personally appeared Jessie Jones, who, after being duly sworn by me under oath, deposes and states as follows:

1. My name is Jessie Jones. I am over the age of nineteen and have personal knowledge of the testimony in this affidavit.

2. I am the Director of Student Media at the University of Alabama ("UA" or the "University"). I have held this position since August 2020.

3. Prior to being named Director of Student Media, I served as Director of Communications for the Division of Student Life, Assistant Director for External Relations for the Division of Student Life, Communications Specialist for the Division of Student Life, and Communications Specialist and Assistant Editor for the Alabama Alumni Magazine. I have been employed at UA since April 2010.

4. As Director of Student Media, I oversee the University's Office of Student Media ("OSM").

5. OSM provides educational and programming opportunities for UA students, and is home to several student media enterprises, including *Bama Life*

*Newsletter, Black Warrior Review, The Crimson White, Marr's Field Journal, Southern Historian,* and *WVUA-FM.*

6.      These publications operate within OSM, and a majority of them fall under the purview of UA's Media Planning Board ("MPB"), a standing committee of the University that reports to the Vice President for Student Life.

7.      As Director of Student Media, I help oversee the effective management of the student media outlets that operate within OSM.

8.      In my role as Director of Student Media, I serve as an ex officio, non-voting advisory member of MPB.

9.      MPB is governed by the Media Planning Board Charter (the "Charter"). A true and correct copy of the Charter is attached hereto as **Exhibit A**.

10.     OSM does not provide funding and resources to all student publications as a matter of course.

11.     The student media enterprises under MPB's purview are official student publications that receive funding from the University and are published by OSM. They are part of a slate of programs and learning opportunities UA makes available to students.

12.     Student media enterprises under MPB's purview have complete editorial autonomy, and UA does not interfere with the content-related decisions of those student-run media enterprises.

13. OSM and MPB allow for the presentation of all viewpoints in the media within their purview, subject to the discretion of their respective editors-in-chief, who is always a UA student.

14. *Alice* and *Nineteen Fifty-Six* are both student media enterprises under MPB's purview.

15. MPB affiliated with *Alice* in 2015.

16. MPB affiliated with *Nineteen Fifty-Six* in 2020. A true and correct copy of *Nineteen Fifty-Six*'s proposal for affiliation with MPB is attached as **Exhibit B**.

17. *Alice* and *Nineteen Fifty-Six* are the only two magazines managed by MPB.

18. Each year, MPB appoints an editor-in-chief for both magazines from a slate of student applicants.

19. The paid staff members of *Alice* and *Nineteen Fifty-Six* are employed by UA to perform their editorial duties and are paid by OSM for their work.

20. The rights and websites associated with both magazines are owned by UA.

21. OSM covered the cost of printing, equipment, and supplies for both magazines.

22. OSM and the MPB never exerted editorial control over the content published in *Alice* or *Nineteen Fifty-Six*.

23.    On December 1, 2025, I was present at the meeting where Dr. Steven Hood, Vice President for Student Life, informed the editors and contributors of *Alice* and *Nineteen Fifty-Six* that the magazines were being suspended because of the University's concerns and that OSM intends to work with students to develop a new feature magazine.

24.    After the meeting, I personally contacted both editors-in-chief and each member of the paid student staff of *Alice* and *Nineteen Fifty-Six* to inform them that they will continue to receive their stipends for the remainder of the academic year and that OSM welcomes their involvement and input in developing the new feature magazine.

25.    OSM and a group of interested students are currently developing the new magazine and hope to publish the inaugural issue in the Fall 2026 semester.

26.    Since December 2025, OSM has hosted at least five separate events welcoming student input and participation to develop the new magazine.

27.    During these events, students have:

    a. reviewed samples of several award-winning "general feature" magazines published at other universities, as well as several national publications, for ideas regarding the name, style, design, content sections, story types, and specific story ideas for the new magazine;

    b. discussed what the focus of the new magazine should be and what direction they would like to take the new magazine;

    c. developed a student survey to gather campus feedback on the new magazine's content offerings.

28. OSM published and promoted the survey seeking student input for the new magazine.

29. After receiving student input from these brainstorming sessions and the survey results, OSM hosted a workshop with a group of interested students on March 29, 2026, to continue developing the new magazine's name, mission, and content areas.

30. Based on this student input, the proposed new magazine will be a general feature magazine, likely focused on lifestyle, art and social content. It will be student-forward rather than institutionally focused, featuring stories highlighting voices from all backgrounds and perspectives and everyday people with compelling stories. The main focus of the magazine will be on UA students and the Tuscaloosa community, but the magazine will feature stories encompassing the state and region when deemed appropriate by the editor-in-chief.

31. Neither the University, OSM, or the MPB will exercise editorial control over the content or viewpoints expressed in the new magazine.

32. Any content that could have been published in future editions of *Alice* and *Nineteen Fifty-Six* will be eligible for publication in the new magazine, subject to the discretion of the future magazine's student editor-in-chief.

33. An editor-in-chief for the new magazine has been selected and was a paid staff member of one of the suspended MPB magazines.

6

34.    OSM hopes the new magazine will encourage engagement and participation from all members of the student community and that the former contributors to *Alice* and *Nineteen Fifty-Six* will seek to publish content in the new feature magazine.

35.    Neither *Alice* nor *Nineteen Fifty-Six* were closed as a result of any of the viewpoints they published.

FURTHER AFFIANT SAITH NOT.

_____
JESSIE JONES

STATE OF ALABAMA          )
TUSCALOOSA COUNTY      )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Jessie Jones, who is known to me, who, after being duly sworn, deposes and says that he/she has read the above and foregoing Affidavit, and that said facts stated therein are true to the best of his/her knowledge and belief.

Sworn to and subscribed before me this 27 day of April , 2026.

_____
Notary Public
My Commission Expires: 10 30 28

(OFFICIAL NOTARY SEAL)

7

# EXHIBIT A

# CHARTER OF
# THE UNIVERSITY OF ALABAMA
# MEDIA PLANNING BOARD

**PREAMBLE:** This Charter provides the structure for the continuity and functioning of the Media Planning Board (MPB) at The University of Alabama. The following statements on the rights, freedoms, and responsibilities of students working for the student media are understood as inherent in the functioning of the Board:

1. An independent and active press – regardless of communication channel – is a basic right in a free and democratic society and is valuable in promoting the development of students as socially responsible persons.
2. Freedom of expression is guaranteed by the First Amendment to the Constitution of the United States. Accordingly, it is the responsibility of the Board to ensure a free student press and to resist interference with this principle. Student media at the University of Alabama are designated as public forums for the free and responsible discussion of ideas and issues on campus. Student media operate under the auspices of this Charter and UA Student Media guidelines.
3. The editorial freedom of the student staff members entails corollary responsibilities to be governed by the canons of responsible journalism, including the avoidance of libel, indecency, undocumented allegations, and unsubstantiated attacks on personal integrity. As safeguards for the editorial freedom of student media, the following provisions are necessary:
   a. Student media shall be free of censorship and advance approval of content. Its editors and managers shall be free to develop their own editorial policies and make all content decisions.
   b. Editors and managers of student media shall be protected from suspension and removal because of student, faculty, administrative or public disapproval of editorial policy and content.

## I. AUTHORITY AND JURISDICTION

The Media Planning Board is a standing committee of The University of Alabama and is empowered by and responsible to the President of the University through the Vice President for Student Life. The MPB has jurisdiction over *Alice*, the *Black Warrior Review*, *The Crimson White*, *Marr's Field Journal*, *Nineteen Fifty-Six*, Southern Historian, WVUA-FM, and other media enterprises as recognized by the Board's jurisdiction. It retains jurisdiction over media enterprises, such as *The Corolla*, that the Board placed in suspended operation.

## II. PURPOSE

The Media Planning Board serves as a University standing committee whose chief responsibility is to provide oversight, guidance and support to student media at The University of Alabama through the professional and practical expertise of its members.

In providing general oversight for the student media under its purview, the MPB promotes the highest standards of journalism and communication; safeguards their interests, including their financial stability and editorial independence; and ensures that those media are responsive to the needs and concerns of the University community. The MPB above all expects that the media enterprises under its purview operate in a spirit of fairness, decency and truthfulness while providing quality service to the university community. The daily management of student media is the responsibility of the students appointed to relevant positions in each enterprise. Their work is supported and supervised as necessary and appropriate by the full-time professional staff of UA Student Media. The MPB has the responsibility to oversee the effective and efficient management of the media under its purview.

The Media Planning Board recognizes that in the future new student media needs may appear. The MPB encourages the evolution of media to meet these needs and is attentive to proposals for new student media.

## III. MEMBERSHIP
1. Voting Members
   a. Students
      i. Seven students, who may be either graduate or undergraduate students, shall serve based upon the following positions held:
         1. SGA Chief of Staff or a representative officer from the organization;

   2. President of Black Student Union (BSU) or a representative officer from the organization;
   3. Representative of the Graduate Student Association;
   4. Representative of the First Year Council;
   5. Representative of The Source;
   6. Representative of the Queer Student Association (previously known as Spectrum);
   7. President of the student Ambassadors of the College of Communication and Information Sciences or a representative officer from the organization.
 ii. Each student's term of office shall be one year. Students who serve multiple terms as an officer of one of the organizations listed above may serve multiple terms on the MPB.
 iii. No voting member of the MPB shall hold a regular or paid position in any department of any media enterprise under the jurisdiction of the MPB.
 iv. Student members may not be on scholastic probation at the time of appointment or during their term on the Board.
b. Faculty
 i. Four faculty members shall be appointed to serve as voting members on the MPB by the Vice President for Student Life.
   1. One faculty member shall be appointed by recommendation of the Dean of the College out of the faculty of the College of Communication and Information Sciences;
   2. One faculty member shall be appointed by recommendation of the Chair of the English Department out of the faculty of the English Department;
   3. One faculty member shall be appointed by the Faculty Senate out of the faculty of the University at large and may be from any division or department of the University;
   4. One faculty member shall be appointed by recommendation of the Chair of the History Department from the faculty of the History Department;
 ii. Each faculty member's term of office shall be two years. The faculty member from the University at large shall be appointed in even numbered years, and the other two faculty members shall be appointed in odd numbered years.
c. Media Professionals
 i. Three professionals with media experience shall serve as voting members on the MPB. One shall have experience in business operations; one shall have editorial experience in the operation of communication media; and one with experience in broadcast media. It is the desire of all concerned with the management of student media that professionals considered for voting membership either be student media alumni or have some connection to student media. Each media professional's term of office shall be for two years.

2. Board Officers
a. Chair
 i. The chair of the MPB shall be appointed by the Vice President for Student Life from the voting members of the MPB. The chair's term of office shall be one year and that person shall be eligible for reappointment as chair. The chair nominates, subject to ratification by the MPB, the members and chair of the MPB committees.
b. Vice Chair
 i. The vice-chair of the MPB shall be a voting member of the board. The vice chair's duty is to conduct MPB meetings in the absence of the chair. The voting members of the MPB shall choose the vice-chair by a majority vote at the first MPB meeting of the academic year. In the event of a vacancy in the chair's position, the duty of the Vice President for Student Life to appoint a new chair remains in force.

3. Ex Officio, Non-Voting Advisory Members: The following shall serve as ex officio, non-voting advisory members of the MPB:
a. UA Student Media Director
b. Other UA Student Media staff as designated by the Director
c. University Counsel or a representative
d. University Vice President for Student Life or a representative

In addition to these ex officio, non-voting advisory members, the MPB may designate additional non-voting advisory

members to serve for any length of term deemed desirable by the MPB.

4. Term of Office: The term of office of voting members shall begin on August 1 following their appointment to the MPB.
5. Filling of Vacancies
   a. Should any voting member of the MPB resign or be removed from membership, the appointing authority shall be notified immediately of the existing vacancy and asked to select a replacement before the MPB's next scheduled meeting.
6. Disciplinary Action
   a. The MPB shall take disciplinary action against MPB members for violation of MPB policies or for not properly performing duties. This action may take the form of censure or removal from Board membership. Either action would require a 3/4 vote of the eligible MPB voting membership and the member in question may not vote on his/her own censure/removal. Final action to dismiss officers or staff members of the MPB shall not have any force until it has been approved by the Vice President for Student Life. Any action taken shall be reported to the appropriate appointing or supervisory authority.
   b. Voting members of the MPB may be deemed by the board to be improperly performing their duties they miss one meeting of the full MPB during the course of an academic year.

## IV. VOTING

At all meetings of the MPB and its committees during the regular academic year (August through May), voting members of the MPB must cast their votes in person unless otherwise designated and approved by a majority of the members. No proxy votes will be allowed under any circumstances. During the summer term of the University, voting members may cast votes by means of oral or written communication with the MPB chair.

Voting at meetings of the MPB and its standing committees shall be oral "aye" or "no," unless one or more members request a show of hands, in which case that method will be employed. If it is the will of a majority of voting members present at the meeting of the MPB, any vote may be taken by secret ballot. A member of the MPB may abstain from casting his/her vote on any issue. Board votes are approved by a simple majority vote of the members present at the meeting unless otherwise designated.

## V. MEETINGS

The MPB shall meet at least four times during the academic year. The chair may call a summer meeting of the board by majority vote of the Administration Committee or by the petition of any three voting members of the MPB. Members shall be sent notices and agendas at least 48 hours in advance of all full board meetings. The presence of a majority of voting members of the MPB shall constitute a quorum. Unfilled board positions shall not count against determining a majority. No official action may be taken unless a quorum is present.

All meetings of the full MPB and MPB committees shall be open to the public except for those meetings, which qualify to be held in closed session under the state's open meetings law.

## VI. CONFLICT OF INTEREST

1. No regularly paid employee of a media enterprise under the jurisdiction of the MPB shall work for or make contributions to another media enterprise which is in direct competition with the MPB media enterprise on which that person is employed, without the permission of the student leader appointed by the MPB. This does not include unpaid writers or for academic course credit. This also does not include paid writers, cartoonists and paid photographers who contribute irregularly.
   a. Employees may do free-lance work for non-competing publications, but work done for a medium under the oversight of the MPB may not be reused or exploited.
2. For a media enterprise to be considered in direct competition with a media enterprise under the jurisdiction of the MPB, all of the following criteria must be met:
   a. A media enterprise not under the jurisdiction of the MPB of The University of Alabama
   b. A media enterprise that is directed at the same audience as an MPB media enterprise
   c. A media enterprise with content closely paralleling that of the MPB media enterprise
   d. A media enterprise whose advertising comes from the same base of support as the MPB media enterprise
3. If a paid employee of an MPB media enterprise wishes to work for a media enterprise in direct competition with another MPB media enterprise other than the one on which that person is employed, the employee may do so with the approval of the

student leaders of both enterprises.

4. Media enterprises under the jurisdiction of the MPB shall not be considered in direct competition with one another.
5. If any staff member challenges an alleged conflict of interest, an attempt should first be made to resolve the matter by the student leader of the MPB media enterprise where the challenger is employed. If the matter cannot be resolved by the management, the matter should be referred to the MPB Administration Committee. The Committee shall study the circumstances and report its findings to the full MPB along with any recommendations. The final decision rests with the full MPB.
6. If, prior to a vote, a challenge is made that one or more voting members of the MPB should be excused because of conflict of interest, the challenge shall be decided upon by a majority vote of the unchallenged members of the MPB present.

## VII. RESPONSIBILITIES OF THE MEDIA PLANNING BOARD

1. The MPB shall oversee the operation of all student media under its jurisdiction to ensure that the Vision and Mission of UA Student Media are fulfilled.
2. The Board shall be responsible for promoting responsible student media practices in the enterprises under its purview, and assisting in the protection of their freedom of speech and expression. The Board may be a forum for complaints against a medium that have not been successfully resolved by the medium itself
3. The Board shall consider and approve general operational policies and procedures for the student media. The Board shall establish and monitor uniform financial procedures for media groups. (Editorial policy of an individual medium shall be excluded from Board control.)
4. The Board shall require all media to develop and maintain operation manuals that provide a set of standards and a level of continuity year to year. The Board will review these manuals at the beginning of each academic year to ensure compliance.
5. The MPB shall recommend the acceptance of additional media enterprises under the aegis of the MPB, in addition to discontinuing the affiliation with any student medium under its jurisdiction, subject to the procedures outlined herein.
6. The MPB shall appoint the student leader(s) of each media enterprise under the jurisdiction of the MPB.
7. The MPB shall take disciplinary action against the members of the MPB, against those student leaders appointed through the MPB for violation of MPB policies or for not properly performing duties.
8. The MPB shall mediate disputes that may involve questions of principle from within student staff structures and/or from other sources that have not been successfully resolved by the enterprise itself.
9. The MPB shall approve or reject the recommendations of the Administrative Committee and any ad hoc committee.
10. The MPB shall be a resource in connecting student media with professional associations that would enhance their respective enterprise's development as a student organization or a training laboratory.
11. The MPB shall provide a mechanism for recognition of outstanding performance by members of the media staffs.

## VIII. LIMITATIONS OF THE MEDIA PLANNING BOARD

1. The MPB shall not attempt to exercise control or influence over any student media enterprise not under its jurisdiction.
2. The MPB shall not interfere in the selection or dismissal of officers of student media other than those appointed through the board.
3. The MPB shall not engage in censorship, prior restraint, or any other action concerning content which would be a violation of the enterprises' First Amendment rights.
4. The MPB shall not order the publication of specific information.
5. The MPB shall not enter into any financial arrangement which is economically unsound or endangers the editorial independence or integrity of the student media under its jurisdiction.
6. The MPB shall not consider for affiliation any student media enterprise with an espoused ideological, sectarian, religious, or partisan political editorial policy.

## IX. SELECTION/DISCIPLINE OF STUDENT LEADERS

1. The MPB shall appoint the student leader of all media enterprises under its jurisdiction. Those positions to be appointed shall be determined at the time of the acceptance of any new media enterprise.
   a. Student applicants for these positions are expected to have experience related to the type of enterprise to which they are applying. All appointments shall be made in a timely manner so that officers will be in place and ready to perform their duties by the start of the period for which their duties shall be defined.
   b. To be eligible, an applicant must be: (1) a currently enrolled UA student; (2) currently in satisfactory academic

standing; and (3) not on probation for misconduct, either academic or non-academic. Satisfactory academic standing is defined as: (1) currently meeting the minimum standards for continuance in the major, AND (2) currently not on academic probation, AND (3) in no case having a cumulative GPA of less than 2.0 on a 4.0 standard. Selected student leaders must maintain these standards, and enrollment as a full-time student, throughout their tenure.

    c. The appointment process shall be as follows:

        i. Notices of available positions shall be printed in The Crimson White giving sufficient time for students to apply. These notices shall clearly state the date and time at which the application period shall end.

        ii. If any applicant is ineligible, the UA Student Media Director shall inform the applicant that (s)he is ineligible and shall not forward that application to the MPB for consideration.

        iii. The MPB shall conduct interviews of all applicants for a position and shall make a selection by majority of the voting members present.

2. Student leaders appointed by the Board must: (1) remain a currently enrolled, full-time UA student; (2) maintain a cumulative GPA of not less than 2.0 on a 4.0 standard; and (3) not be placed on probation for misconduct, either academic or non-academic, during their term in their designated position.

3. Disciplining or Dismissal of Student Leaders

    a. Those failing to meet the standards will be suspended from office immediately and an interim leader appointed by the UA Student Media Director, subject to the Administrative Committee's approval. The student may be disciplined or dismissed from his/her position only upon due deliberation and by a majority vote of the Board.

    b. Student leaders selected by the Board may be disciplined or dismissed for malfeasance, failure to perform the responsibilities of the job, or conduct unbecoming a student leader. The student may be disciplined or dismissed only upon due deliberation and by a majority vote of the Board.

    c. All non-academic disciplinary proceedings require a written complaint and a specific charge (or charges) from a voting member of the Board or a member of the full-time professional staff of UA Student Media. Requests to discipline and/or dismiss made by any other persons, departments, or agencies shall not be considered on their own unless a Board member supports the claims and requests a hearing.

    d. A full hearing, specification of charges, witnesses for both sides, right of rebuttal and cross-examination will be offered. All proceedings of the Board relating to discipline of a student leader shall be conducted in a manner consistent with the Alabama Open Meetings Law.

    e. Vacancies created by dismissal or suspension shall be filled by the Board in a timely manner. Subject to Board approval, the UA Student Media Director may designate an interim/acting editor or manager until a new student leader is selected by the Board.

## X. STANDING COMMITTEES OF THE MEDIA PLANNING BOARD

The MPB has two standing committees (Administration and Evaluation) in order to facilitate MPB work and to permit detailed examination of matters pending before the board. Each committee shall keep records of its discussions and actions.

1. Administration Committee Membership and Organization

    a. The Administration Committee shall be made up of the following board members:

        i. MPB chair

        ii. President of the Black Student Union (or representative)

        iii. Representative of The Source

        iv. Faculty-at-large representative

        v. A UA Student Media staff member selected by the Director shall serve as ex-officio, non-voting advisers to the Administration Committee as needed or requested.

    b. Committee Meetings

        i. The Administration Committee shall meet as needed at least one week prior to each business meeting of the MPB during the regular academic year. A regular meeting time should be established at the first committee meeting. The board is to be informed of the regular time and place of the meetings. The MPB chair may call additional meetings of the committee as needed or as directed by the MPB.

    c. Authority and Jurisdiction

        i. The Administration Committee shall be responsible to the MPB for the oversight of short- and long-range planning, awards recommendations, policy administration in addition to management of the student media enterprises under the aegis of the MPB. The Administration Committee shall also undertake other tasks

assigned to it by the MPB. The Administration Committee shall report its recommendations and actions promptly to the full MPB for discussion and disposition.

d. Responsibilities of the Administration Committee: The Administrative Committee shall:

   i. Act as an executive committee in lieu of the full MPB in matters of personnel, planning and awards, including, but not limited to, policy, management or finance which demand immediate action, in times when convening the full MPB is impractical or infeasible, or in matters of a minor or temporary nature when convening the full MPB would be unwarranted. Decisions made by the Administration Committee under such circumstances must be reported to the full MPB at the earliest opportunity.

   ii. Act in an advisory capacity to the UA Student Media Director when the director desires to know the feeling of the board in matters of such urgency that the full board could not easily be convened.

   iii. Review legal issues brought before the MPB, make appropriate consultation, and recommend a course of action to the full MPB and appropriate University officials.

   iv. Consider information submitted by the UA Student Media Director and other staff members, as necessary, and approve the agenda for the next full MPB meeting.

   v. Be available to assist as screening/search committee members for candidates for UA Student Media professional staff positions.

   vi. Serve as the MPB's contact point for proposals for new media enterprises.

   vii. Review and evaluate proposals for changes in the status of student employees, including the creation and abolition of positions and modifications in the employment terms of existing positions.

   viii. Coordinate as needed with the UA Student Media Director for MPB awards such as the Sarah Healy, James E. Jacobson and Walter Densmore awards.

2. Evaluation Committee Membership and Organization

   a. The Evaluation Committee shall be broken into two component sub-committees as follows:

      i. Sub-committee A includes the representative of the Student Ambassadors of the College of Communication and Information Sciences, the representative of the Academic Honor Council, the College of Communication representative, the representative of the Black Student Union, the Media Professional (editorial), and Media Professional (broadcast).

      ii. Sub-committee B includes the representative of the First Year Council, the SGA Chief of Staff (or representative), the representative of the Queer Student Association, the representative of The Source, the representative of the Graduate Student Association, the English Department representative, the History Department representative, and the Media Professional (business).

   b. Committee Meetings

      i. The Evaluation Committee shall meet at least one week before each MPB meeting during the regular academic year. A regular meeting time should be established at the first committee meeting. The board is to be informed of the regular time and place of the meetings. The MPB chair may call additional meetings of the committee as needed or as directed by the MPB.

   c. Authority and Jurisdiction

      i. The Evaluation Committee shall be responsible to the MPB for hearing media reports, evaluating progress toward set goals and assessing the performance of the student leaders appointed by the board. The Evaluation Committee shall also undertake other tasks assigned to it by the MPB. The Evaluation Committee shall report its recommendations and actions promptly to the full MPB for discussion and disposition.

      ii. The committee shall meet as one group and then break into two component groups to meet with the individual student leaders appointed by the MPB.

      iii. Sub-committee A will meet with the student leaders of *Alice, The Crimson White, Nineteen Fifty-Six*, and WVUA-FM.

      iv. Sub-committee B will meet with the student leaders of the *Marr's Field Journal*, the *Southern Historian*, and the *Black Warrior Review*.

   d. Responsibilities of the Evaluation Committee: The Evaluation Committee shall:

      i. Meet individually with the student leaders selected by the board before the first meeting of each academic year to discuss the year's goals for each medium.

      ii. Meet individually with the student leaders selected by the board before each subsequent board meeting to

hear media reports and review the progress of each enterprise toward their goals.

    iii.  Evaluate the performance of student leaders in terms of their job description and achievement of their annual goals.

    iv.  Serve as the initial appeal body concerning questions of MPB or University policies, issues, disputes, or disciplinary actions that reach the MPB according to the guidelines and procedures set down in this document.

## XI. AD HOC COMMITTEES OF THE MEDIA PLANNING BOARD

The MPB may establish ad hoc committees to consider and address a specific issue or problem confronting the board at any time. However, an ad hoc committee may not be created to circumvent a board standing committee or established board policy. A majority vote of a quorum of the voting members present is necessary to establish an ad hoc committee. At the time of its establishment, a specific charge must be given to the committee, and a date set by which the committee's task(s) must be completed and the committee allowed to expire. The chair of the MPB nominates the members of the ad hoc committee, subject to MPB ratification.

## XII. CREATING NEW MEDIA ENTERPRISES AND THE MPB ADOPTION PROCESS

As stated in Chapter 1, Section II of this Charter, the MPB recognizes that new student media needs may appear. The MPB encourages the evolution of media enterprises to meet these needs. Likewise, the MPB is attentive to proposals for new student media developed without impetus from the Board.

### A. Authority of the Media Planning Board

The MPB requires that all new media enterprises seeking association with the board on a continuing basis accept the MPB Charter. Further, such enterprises must accept the MPB's purpose, policies, procedures, and authority.

### B. Procedures for application

1. A student, or group of students, who wishes to establish a new media enterprise and to seek association with the MPB shall first contact the Director of the Office of Student Media. A written proposal shall inform the director of the nature of the enterprise, the need it seeks to fill, its base of support, and the possibility of the enterprise's financial success.
2. The UA Student Media Director shall discuss the proposed enterprise with the student or group of students and those members of the Board who can contribute knowledge and advice on matters of management, budgeting, legal implications, etc. The process and requirements for acceptance should be discussed with the proposer(s). The structure for a proposal and its required elements shall be given to the proposer(s).
3. The proposer(s) of the new enterprise shall submit a formal proposal to the UA Student Media Director. The proposal may be revised over the course of several meetings, as needed, until it is complete and ready to submit to the MPB.
4. The completed formal proposal shall be submitted to the Administration Committee for consideration. At this time, the Administration Committee may elect to initiate a full and detailed study or may conclude that the enterprise is not appropriate for additional study at this time. If the committee recommends against further study, the proposer(s) may appeal the decision to the full MPB.
5. If deemed worthy of consideration, the Administration Committee shall study the proposal with the following criteria:
   a. the audience and need for the publication on campus;
   b. the purpose and staff structure of the publication;
   c. the financial impact in terms of dollars expended from UA Student Media funds and services provided by Student Media staff;
   d. any overlap or conflict with existing MPB-supported enterprises;
   e. the prospects for long-term existence and growth; and
   f. any other factors deemed relevant by the board.
6. Upon completion of its deliberations, the Administration Committee shall make a statement of its findings to the full MPB. The committee may recommend to the full board the acceptance or rejection of the proposed media enterprise or may make no formal recommendation.
7. The Administration Committee shall present the proposal and its conclusions to the full MPB, with the proposer(s) being invited to attend. The Board may discuss the matter as they wish at this meeting. No vote may be taken until the next board meeting to give board members time to consider the full implications of accepting the new enterprise. A vote may be taken at a second or subsequent meeting.

8. The MPB may take one of three actions:
   a. The board may return the proposal to the Administration Committee for specific revisions;
   b. The board may accept the proposal and forward a recommendation for granting probationary status to the Vice President for Student Life; or
   c. The board may reject the proposal and terminate the process. The proposer(s) may appeal this decision to the Vice President for Student Life who could return the proposal to the MPB with specific direction for amendment and review.
9. Any action must be approved by a vote of 3/4 of the voting members.
10. If accepted, the MPB shall advertise the vacant student leader positions and shall encourage applications for these positions. Officers shall be selected as quickly as possible and plans for the beginning of operations for the new media enterprise shall be implemented with all due haste.

## C. Necessary elements of a proposal

1. The following items must be included in a proposal submitted to the MPB for a new media enterprise:
   a. a statement of purpose for the new enterprise that details what role it will play on campus.
   b. a demonstration of the need(s) for the new enterprise. It must fulfill a need not being filled by existing student media enterprises and not capable of being filled by an expansion of existing media enterprises within their existing structures.
   c. a precise statement of how the new enterprise can fill the demonstrated need(s). A description of prospective content is necessary.
   d. a demonstration that the new media enterprise would have significant general appeal to the campus audience and would have a wide base of support on campus.
   e. an organizational chart of the enterprise's staff structure, listing all officers deemed necessary for the success of the enterprise. There shall be a demonstration that the new enterprise will have an adequate student staff for its operation.
   f. a detailed budget containing reasonable estimates of both revenues and expenses must be made. It is expected that research will have been done in these areas to validate the figures presented. There shall be a demonstration that the new medium already has some amount of financial support or has a strong expectation of receiving such support. A detailed statement outlining how the enterprise will strive for maximum revenues must be made. Additional avenues of possible funding for a given enterprise also must be explored.
   g. a demonstration of the appropriateness for MPB oversight of the new enterprise. It should be made clear that no other management organization is appropriate to the operation of the enterprise.

## D. Probationary period

1. All new enterprises accepted for oversight by the MPB shall be accepted on a probationary status. The board shall determine the duration of the probationary period and assign oversight to one of the Evaluation Committee's sub-committees.
2. The Evaluation Committee's sub-committee shall require the officers of newly accepted enterprises to present detailed and frequent reports on such financial, editorial and management matters, and evidence of partnership with and advising by UA Student Media staff, as are deemed appropriate throughout the probationary period.
3. At the end of the period designated as probationary, the officers of the newly accepted enterprise shall submit a detailed report to the Administration Committee for consideration. In effect, this report shall be a justification of the enterprise's continued existence. It shall include all those items included in the original proposal, updated and applied to the condition of the enterprise as it then exists. This report must provide detailed financial information on the enterprise and must project its financial outlook.
4. The Administration Committee may recommend that the MPB's association with the enterprise be terminated, that it be permanent and probationary status be ended, or that the enterprise continue on a probationary status. The Administration Committee may also choose to make no recommendation to the MPB, thus extending the probationary period.
5. The full MPB may recommend the termination of its association with the enterprise, may recommend the enterprise be granted permanent status or may recommend a continuation of probationary status for the enterprise. Final approval for permanent status must be approved by a vote of 2/3 of the voting members.
6. All MPB actions relating to new enterprises may be appealed by petitioners to the Vice President for Student Life.

**XIII. AMENDING THE CHARTER**

Anyone may recommend amendments to this charter in the form of additions, modifications, or deletions.
Any proposal to amend the MPB Charter shall be assigned to the Administrative Committee for consideration. The Administrative Committee shall consider the proposal and recommend any changes to the full MPB.

The Administrative Committee shall make its recommendation to the MPB for discussion. A vote may not take place at this meeting. At the next meeting, the MPB may vote on the proposal. An affirmative vote of 2/3 of the voting membership of the MPB shall be required for approval.

If a change is approved by the MPB, it shall be sent to the Vice President for Student Life for consideration. The Vice President shall state any objections in writing to the MPB, and return the proposed change to the MPB for further consideration. The MPB and the Vice President shall discuss the issues raised until an agreement is reached.

Copies of amended charters shall be sent to the University President, the Vice President for Student Life , and for information purposes, the Dean of the College of Communication, and the Chair of the Department of Journalism and Creative Media, as well as distributed to all current members of the MPB and student leaders.

*Adopted:*
January 14, 1981

*Revised:*
November 4, 1981
April 7, 1982
October 13,1982
July 7, 1984
February 1985
February 15, 1988
September 1988
January 10, 1989
June 1994
September 1994
October 18,1994
September 29, 1999
April 2008
March 2010
March 2011
April 2014
November 2021

# EXHIBIT B

Tionna Taite                                                                                                    1
June 12, 2020

### *Nineteen Fifty-Six* Magazine: Black Student-Led Magazine Proposal

I would like to establish the first magazine tailored towards the black community at the University of Alabama. There is currently not a magazine that caters to black students at the University of Alabama. I believe this is long overdue and would help increase diversity and inclusion on campus. A black student-led magazine will provide students of color an outlet to express their written and artistic works that are often overshadowed in student publications such as *The Crimson White*, *Alice*, and *MOSAIC Magazine*. I know firsthand the need for a student magazine created for black students from my experience on the editorial team at *MOSAIC Magazine* and *The Crimson White.* While these student publications are making steps to be more inclusive and diverse, there is no replacement for a student magazine that covers all of the diverse aspects and topics that affect the black community at the University of Alabama.

**Magazine Title:** *Nineteen Fifty-Six* is the designated title because it is the historic year that the first black student, Autherine Lucy, officially enrolled at the University of Alabama.

**Genre:** *Nineteen Fifty-Six* is a general interest magazine that shines light on black culture, black excellence, black student experiences, and other relevant topics.

**Target Audience:** The target audience is all students with a focus on current and prospective black students at the University of Alabama. As of Fall 2019, 10.50% of students on campus identified as Black or African American. Black students are disproportionately underrepresented in various areas on campus. *Nineteen Fifty-Six* will not only provide a magazine that caters to the intricate culture of black students; but it will also provide students with an opportunity to gain valuable experience by being a part of the student team that produces *Nineteen Fifty-Six*. *Nineteen Fifty-Six* benefits people of all backgrounds because it educates students on cultural topics and helps produce socially-conscious, ethical and well-rounded students. *Nineteen Fifty-Six* is a key element to helping the University of Alabama attain its goal of diversity, equity, and inclusion for all students. *Nineteen Fifty-Six* also aligns with the core values of the University of Alabama.

**Funding & Grants:** Funding will reflect the years that black students were deprived of numerous resources including publications that are inclusive of black students at the University of Alabama. Funding will also ensure that *Nineteen Fifty-Six* can adequately be created with all of the needed resources and support from the University of Alabama. I expect the appropriate department(s) of the University of Alabama to adequately fund *Nineteen Fifty-Six* in order to invest in the present and future of black students.

**Needed Resources:** This is not an exhaustive list of the needed resources to establish *Nineteen Fifty-Six Magazine.* The overall yearly budget is to be discussed.

➢ Website Hosting
➢ Domain registration (1956magazine.ua.edu)
➢ Monthly compensation for Editor-in-Chief and Editors (starting estimate)
  ○ $500/month editor-in-chief
  ○ $250/month editors (maximum of 5 editors)
➢ Inclusion of *Nineteen Fifty-Six* in Office of Student Media
➢ Wordpress Pro themes
➢ University technical support
➢ Provide professional guidance and support
➢ Necessary resources that may arise