FILED

2026 Jun-15  PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

|  |  |
|---|---|
| RIHANNA POINTER *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SCOTT PHELPS, in his official capacity as President Pro Tempore of the University of Alabama Board of Trustees, *et al.*,<br><br>    *Defendants*. | Case No. 7:26-cv-00476-EGL |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Rihanna Pointer, Grant Sturdivant, Timoni Taite, Jaleel Matanmi, Jermaine Ball, Sara Beth Caddell, Gabrielle Gunter and Emmy Waugh appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's May 22, 2026 memorandum opinion and order (Dkt. No. 40) denying Plaintiffs' motion for a preliminary injunction, as well as all opinions and orders subsumed or incorporated in that opinion and order.

Respectfully submitted.

June 15, 2026

|  |  |
|---|---|
|  | /s/ Diego A. Soto |
| Avatara A. Smith-Carrington[*]<br>  acarrington@naacpldf.org<br>Antonio L. Ingram II[*] | Diego A. Soto<br>  AL Bar No. 3626Y61S<br>  diego.soto@splcenter.org |

aingram@naacpldf.org
Emahunn Campbell[*]
  ecampbell@naacpldf.org
Mide Odunsi[*]
  modunsi@naacpldf.org
Attorneys for Plaintiffs
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300


Ashley Gammell[*]
  ashley.gammell@arnoldporter.com
Ai-Li Chiong-Martinson[*]
  ai-li.chiong-
    martinson@arnoldporter.com
Attorneys for Plaintiffs
ARNOLD & PORTER KAY SCHOLER
1420 5th Avenue, Suite 1400
Seattle, WA 98101
(206) 288-0110

Michael J. Tafelski
  AL Bar No. 4400A33A
  michael.tafelski@splcenter.org
Sam Boyd[*]
  sam.boyd@splcenter.org
Brock Boone
  AL Bar No. 2864L11E
  brock.boone@splcenter.org
Arielle Hudson[*]
  arielle.hudson@splcenter.org
Attorneys for Plaintiffs
SOUTHERN POVERTY
  LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
(334) 956-8200

Daniel A. Cantor[*]
Attorney for Plaintiffs
ARNOLD & PORTER KAY SCHOLER
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
daniel.cantor@arnoldporter.com

Allyson Myers[*]
Attorney for Plaintiffs
ARNOLD & PORTER KAY SCHOLER
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
ally.myers@arnoldporter.com

[*] Admitted *pro hac vice*